UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
SEPTEMBER 3, 2025 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:25-cr-00152
     29 U.S.C. § 501(c)

JERRY GALE KERNS II

### INDICTMENT

The Grand Jury Charges:

From on or about August 20, 2020, through on or about April 18, 2024, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant JERRY GALE KERNS II embezzled, stole, and unlawfully and willfully abstracted and converted to his own use, moneys, funds, securities, property, and other assets of a labor organization of which he was an officer.

In violation of Title 29, United States Code, Section 501(c).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), and 28 U.S.C. § 2461.

Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, upon conviction of the offense in violation of 29 U.S.C. § 501(c) and as set forth in the Indictment, defendant JERRY GALE KERNS II shall forfeit to the United States of America, any property real or personal which constitute or are derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense. The property to be forfeited includes, but is not limited to, a money judgment in the amount of at least $67,000, such amount constituting the proceeds of the violation set forth in this Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

                      LISA G. JOHNSTON
                      Acting United States Attorney

By: _____
     JONATHAN T. STORAGE
     Assistant United States Attorney